THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK BRUNO, Appellant.

Argued October 18, 1949; decided November 17, 1949.

*Victor L. Anfuso, Herbert E. Walters* and *Milton Grossman* for appellant.

*Miles F. McDonald, District Attorney* (*Solomon A. Klein* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.